Gary A. Wolensky (Bar No.: 154041)
gwolensky@buchalter.com
Michael A. Preciado (Bar No.: 295183)
mpreciado@buchalter.com
Bree Oswald (Bar No.: 314614)
boswald@buchalter.com
**BUCHALTER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182

Attorneys for Defendant TESLA, INC.

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE P. SARE, Personal Representative of the ESTATE OF GARY PETE MARCHI,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC. a Delaware Corporation, dba TESLA MOTORS, INC. and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. _____<br><br>**NOTICE OF RELATED CASES IN SUPPORT OF DEFENDANT TESLA, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER 28 U.S.C. §§ 1332(a), 1441(a), 1446(a) (DIVERSITY JURISDICTION)**<br><br>Date Filed:      February 14, 2022 |

### TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Local Rule 123(b), Defendant Tesla, Inc. hereby provides notice that the above-entitled captioned action **does not** involve any other related cases.

DATED:  March 24, 2022

BUCHALTER
A Professional Corporation

By:   ___*/s/ Michael A. Preciado*
GARY A. WOLENSKY
MICHAEL A. PRECIADO
BREE OSWALD
Attorneys for Defendant
TESLA, INC.